**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7665**

TODD EMERSON BAKER,

Plaintiff Appellant,

versus

THE DISTRICT OF COLUMBIA; KATHLEEN HAWK-
SAWYER, Director, Federal Bureau of Prisons;
RONALD ANGELONE, Director, Virginia Department
of Corrections; J. OATES, Hospital
Administrator; DOCTOR GAY, Medical
Administrator; DR. LAYBOURN, Institution
Physician; NURSE MALONEY, Medical Staff; J.
CAPPS, Institution Ombudsman; M. INMAN, RN,
Medical Staff Supervisor; DR. BRADLY;
SUPERVISOR BLOWE; V. HUNT, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-01-472-2)

Submitted: December 19, 2002          Decided: January 7, 2003

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Todd Emerson Baker, Appellant Pro Se. Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Heather Marie Kofron, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Todd Emerson Baker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Baker v. District of Columbia, No. CA-01-472-2 (E.D. Va. filed Sept. 27, 2002 & entered Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED